PER CURIAM: This is an appeal from the decree involved and considered in Kincaid et al. v. Moore et al., *ante,* p. 23.

In accordance with the views there expressed and the conclusions reached, the decree is reversed in part, affirmed in part, and the cause remanded with directions.

*Affirmed in part, reversed in part, and remanded with directions.*

---

### Joseph Denny v. George H. Moore et al.

This case is controlled by the decision in Kincaid et al. v. Moore et al., *ante,* p. 23.

Bill in chancery. Appeal from the Circuit Court of McLean county; the Hon. COLOSTIN D. MYERS, Judge, presiding. Heard in this court at the May term, 1907. Affirmed in part, reversed in part and remanded with directions. Opinion filed December 7, 1907.

BARRY & MORRISSEY and HERRICK & HERRICK, for appellants.

R. W. MILLS, for appellees.

PER CURIAM: This is an appeal from the decree involved and considered in Kincaid et al. v. Moore et al., *ante,* p. 23.

In accordance with the views there expressed and the conclusions reached, the decree is reversed in part, affirmed in part, and the cause remanded with directions.

*Affirmed in part, reversed in part, and remanded with directions.*